**STATE of Missouri, Respondent,**

v.

**Patrick Charles MADDOX, Appellant.**

No. 46320.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 1, 1983.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Dec. 13, 1983.

James J. Knappenberger, Clayton, for appellant.

Kristie L. Green, Asst. Atty. Gen., Jefferson City, for respondent.

**276**

## ORDER

PER CURIAM:

Defendant was convicted of two counts of assaulting a police officer, one count of flourishing a dangerous and deadly weapon, and one count of resisting arrest. No jurisprudential purpose would be served by an opinion.

Judgment affirmed. Rule 30.25(b).